■ JAMAICA SAVINGS BANK, Respondent, v LINCOLN PLAZA, INC., et al., Defendants, and LINCOLN PLAZA TOWERS ASSOCIATES et al., Appellants.— Judgment, Supreme Court, New York County, entered on December 14, 1978 unanimously affirmed on the opinion of Nusbaum, J., at Trial Term. Respondent shall recover of appellants one bill of $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Birns, Fein, Lupiano and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VANSKI GOODNER, Appellant.—Determination of appeal from judgment of the Supreme Court, Bronx County, rendered on March 11, 1977 held in abeyance pending the receipt from assigned counsel of a supplemental brief on the issue of speedy trial, which brief assigned counsel is directed to serve and file on or before January 15, 1980. No opinion. Concur—Murphy, P. J., Birns, Fein, Lupiano and Ross, JJ.